**Electronically Filed
Supreme Court
SCWC-23-0000367
11-APR-2025
08:57 AM
Dkt. 30 ODAC**

SCWC-23-0000367

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

MARK ANTHONY SEINA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000367; CASE NO. 1CPC-21-0000330)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
and Circuit Judge Castagnetti, in place of Ginoza, J., recused,
and Circuit Judge Drewyer, in place of Devens, J., recused)

Petitioner/Defendant-Appellant Mark Anthony Seina's

(Seina) application for writ of certiorari, filed on March 10,

2025, is hereby dismissed as untimely.  The dismissal is without

prejudice to Seina filing a Hawai'i Rules of Penal Procedure Rule

40 (HRPP) petition in the circuit court asserting ineffective

assistance of counsel.

Appointment of counsel to represent Seina during the HRPP Rule 40 proceeding may be appropriate.

DATED: Honolulu, Hawaiʻi, April 11, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Jeannette H. Castagnetti

/s/ Michelle L. Drewyer

